CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 26 2008

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE, ) | |
|     Plaintiff, ) | Civil Action No. 7:08-cv-00474 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, et al., ) | By: Hon. James C. Turk |
|     Defendant. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that plaintiff's motion to amend [docket #7] is **GRANTED**; plaintiff's motion to compel discovery [docket #9] is **DENIED**; defendant D. Wilson is **TERMINATED** as a defendant in this civil action; plaintiff's complaint is **DISMISSED without prejudice,** pursuant to 28 U.S.C. § 1915A; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of November, 2008.

/s/ James C. Turk
Senior United States District Judge